MINUTE ENTRY
AFRICK, J.
December 21, 2010
JS-10: 00:20

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: JOHN LAFITTE AIRBOAT RIDES, LLC, ET AL | CIVIL ACTION NO. 10-1474<br><br>SECTION "I" (5) |

    A status conference was held on this date with all counsel participating.  The oral motion of Lawrence A. Arcel, Esq., to enroll on behalf of Neil Valsangkar and Christopher Gorini is **GRANTED**.  With the consent of all counsel, the above-captioned case is **STAYED AND ADMINISTRATIVELY CLOSED**.  Counsel for any party may move to reopen the case upon the filing of a written motion within thirty (30) days after the final judgment in the case of <u>Airboat Adventures, LLC vs. International Water Safety Foundation</u>, et al, Number: 693-442 (24th JDC, Jefferson Parish, October 4, 2010).

                                                _____
                                                LANCE M. AFRICK
                                                UNITED STATES DISTRICT JUDGE

_____
**CLERK TO NOTIFY ALL COUNSEL**