UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT | * | CIVIL ACTION NO: 10-1474 |
| OF JOHN LAFITTE AIRBOAT RIDES, | * | |
| LLC, AND AIRBOAT ADVENTURES, LLC, | * | JUDGE AFRICK |
| AS OWNERS and/or OPERATORS OF THE | * | |
| M/V SWAMP TAXI FOR EXONERATION | * | MAGISTRATE CHASEZ |
| FROM OR LIMITATION OF LIABILITY | | |

******************************************

## MOTION FOR DISBURSEMENT OF FUNDS
## DEPOSITED WITH THE CLERK OF COURT

**NOW INTO COURT**, through undersigned counsel, come plaintiffs-in-limitation, John Lafitte Airboat Rides, LLC ("John Lafitte") and Airboat Adventures, LLC ("Airboat Adventures") who respectfully requests that this Honorable Court order that the United States District Court, Eastern District of Louisiana, Clerk of Court's Office disburse the funds presently on deposit in the Registry of the United States District Court for the Eastern District of Louisiana where the funds in the amount of $250.00, representing the balance remaining from the funds initially deposited in the amount of $250.00 are presently being held by the Clerk of Court's Office to Reich, Album & Plunkett, Tax Identification No. 72-1280507, 3850 N.

Causeway Blvd., Suite 1000, Metairie, Louisiana 70002

Respectfully submitted,

**REICH, ALBUM & PLUNKETT, LLC**


  _/S/ ROBERT S. REICH_
**ROBERT S. REICH, T.A. (#11163)**
**LEAH R. RHODES (#30827)**
**ROBERT B. ACOMB III (#02303)**
Two Lakeway Center, Suite 1000
3850 North Causeway Boulevard
Metairie, LA  70002
Tel:  (504) 830-3999
Fax: (504) 830-3950
Email:  rreich@rapllclaw.com
            lrhodes@rapllclaw.com
            racomb@rapllclaw.com
**Attorneys for John Lafitte Airboat Rides, LLC**
**and Airboat Adventures, LLC**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served on all counsel to these proceedings, either by facsimile, hand delivery or by placing a copy of same in the United States Mail, postage prepaid and properly addressed this 29th day of July 2011.

_/S/ ROBERT S. REICH_