"Certification of Funds in the Registry"

PRINCIPAL. $ __250.__

Financial Deputy: __dz__ Date: __8/1/11__

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT | * CIVIL ACTION NO: 10-1474 |
| OF JOHN LAFITTE AIRBOAT RIDES, | * |
| LLC, AND AIRBOAT ADVENTURES, LLC, | * JUDGE AFRICK |
| AS OWNERS and/or OPERATORS OF THE | * |
| M/V SWAMP TAXI FOR EXONERATION | * MAGISTRATE CHASEZ |
| FROM OR LIMITATION OF LIABILITY | |

*******************************************

## ORDER

**Considering the above and foregoing** Motion to Disburse Funds Deposited with the Clerk of Court's Office filed by John Lafitte Airboat Rides, LLC ("John Lafitte") and Airboat Adventures, LLC;

**IT IS HEREBY ORDERED** that the Clerk is authorized and directed to draw a check on the funds on deposit in the Registry of this Court in the principal amount of $250.00, payable to and to be mailed to Reich, Album & Plunkett, LLC, 3850 N. Causeway Blvd., Suite 1000, Metairie, LA 70002 (Tax Id. No. 72-1280507) on behalf of John Lafitte Airboat Rides, LLC ("John Lafitte") and Airboat Adventures, LLC.

New Orleans, Louisiana this __1__ day of __Aug__ 2011.

_____
LANCE AFRICK
DISTRICT COURT JUDGE